IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN THOMAS SNELL,

      Plaintiff,                          No. 2:12-cv-1779 DAD P

    vs.

EDMUND G. BROWN et al.,

      Defendants.                ORDER

                                  /

          Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee for this action.

          The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

          In this case, plaintiff complains about civil rights violations that allegedly took place in Los Angeles County and San Bernardino County. Los Angeles County and San

1

1  Bernardino County are both located within the boundaries of the Central District of California.
2  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
3  correct district.  See 28 U.S.C. § 1406(a)
4      IT IS THEREFORE ORDERED that this action is transferred to the U.S. District
5  Court for the Central District of California.
6  DATED: July 12, 2012.

                                                                   /s/ Dale A. Drozd
                                                                   DALE A. DROZD
9  DAD:9                                                                  UNITED STATES MAGISTRATE JUDGE
   snel1779.21c